STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5081
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 20-00135 HSG |
|---|---|
|     Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM |
|     v. | ) MARCH 2, 2022 TO JUNE 1, 2022 AND ) ORDER |
| JIE SUO, | ) |
|     Defendant. | ) |

    It is hereby stipulated by and between the United States and counsel for Defendant, Jie Suo, that time be excluded under the Speedy Trial Act from March 2, 2022, through June 1, 2022.

    On March 2, 2022, the Court held a status conference for this case. At the status conference, the Government and counsel for Defendant agreed that time should be excluded under the Speedy Trial Act, in order to give counsel for Defendant adequate time to review the discovery and effectively prepare Defendant's case. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until March 2, 2022, will allow for the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 2, 2022, through June 1, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 20-00135 HSG

1 | The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 2, 2022

/s/
NEAL C. HONG
Assistant United States Attorney

DATED: March 2, 2022

/s/
GRANT FONDO
Counsel for Defendant Jie Suo

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 20-00135 HSG

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 2, 2022, and for good cause shown, the Court finds that failing to exclude the time from March 2, 2022, through June 1, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 2, 2022, to June 1, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 2, 2022, through June 1, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 3/4/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge